DART ENERGY CORPORATION v IOSCO TOWNSHIP

Docket No. 151317. Submitted April 14, 1994, at Lansing. Decided
   April 29, 1994; approved for publication July 25, 1994, at 9:15
   A.M.

   Dart Energy Corporation brought an action in the Ingham Cir-
      cuit Court against Iosco Township and the Department of
      Natural Resources, seeking a declaration that the department
      has exclusive jurisdiction to regulate an oil and gas well that
      has been converted to a brine injection well. The court, William
      E. Collette, J., granted summary disposition for the plaintiff
      and the department. The township appealed.

      The Court of Appeals *held:*

      Iosco Township is expressly prohibited from regulating an oil
      and gas well that has been converted to a brine injection well.
      The Department of Natural Resources has exclusive jurisdic-
      tion to regulate such wells.

      Affirmed.

GAS AND OIL — BRINE INJECTION WELLS — DEPARTMENT OF NATURAL
   RESOURCES.

   A township may not regulate an oil and gas well that has been
      converted to a brine injection well; the regulation of such wells
      is within the exclusive jurisdiction of the Department of Natu-
      ral Resources (MCL 125.271, 319.1 *et seq.*; MSA 5.2963[1],
      13.139[1] *et seq.*).

*James Anthony Siver* and *Kevin V.B. Schu-
macher,* for Dart Energy Corporation.

*Parker, Miller & Kehoe* (by *Michael J. Kehoe*),
for Iosco Township.

*Frank J. Kelley,* Attorney General, *Thomas L.*

REFERENCES

Am Jur 2d, Gas and Oil § 146.
Prohibiting or regulating removal or exploitation of oil and gas,
   minerals, soil, or other natural products within municipal limits.
   10 ALR3d 1226.

*Casey,* Solicitor General, and *Thomas J. Emery* and *Roland Hwang,* Assistant Attorneys General, for the Department of Natural Resources.

Amici Curiae:

*Bauckham, Sparks, Rolfe & Thomsen, P.C.* (by *John H. Bauckham* and *Eileen W. Wicklund*), for Michigan Townships Association.

*Mika, Meyers, Beckett & Jones* (by *Michael C. Haines, Veryl N. Meyers,* and *William A. Horn*), for Michigan Oil and Gas Association.

Before: HOLBROOK, JR., P.J., and REILLY and G. W. HOOD,* JJ.

PER CURIAM. Plaintiff Dart Energy Corporation filed this action for a declaratory ruling and injunctive relief, claiming that defendant Department of Natural Resources had exclusive jurisdiction to regulate an oil and gas well that had been converted to a brine injection well. MCL 319.1 *et seq.*; MSA 13.139(1) *et seq.* The trial court granted plaintiff and defendant DNR's respective motions for summary disposition. MCR 2.116(C)(10). Defendant Iosco Township now appeals as of right. We affirm.

Defendant Iosco Township is expressly prohibited from regulating an oil and gas well that is converted to a brine injection well. MCL 125.271; MSA 5.2963(1). Defendant DNR has exclusive jurisdiction to regulate such wells. MCL 319.1 *et seq.*; MSA 13.139(1) *et seq., Addison Twp v Gout (On Rehearing),* 435 Mich 809; 460 NW2d 215 (1990).

---

* Circuit judge, sitting on the Court of Appeals by assignment.

Therefore, the trial court did not err in granting summary disposition to plaintiff and defendant DNR.

Affirmed.